UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CR. NO. 13-142 (RCL) |
| v. : | 13-143 |
| JOSE EMANUEL GARCIA SOTA, : | |
| also known as "Zafado," : | |
| JESUS IVAN QUEZADA PINA, : | |
| also known as "Loco," : | **FILED** |
| Defendants. : | JUL 2 7 2017 |
| | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**VERDICT FORM**

COUNT ONE:   MURDER OF AN OFFICER OR EMPLOYEE OF THE UNITED STATES

A. **Felony-Murder**

As to Count One of the Indictment, which charges the first degree felony-murder of Special Agent Jaime Zapata, an officer or employee of the United States, we the jury find defendant **Jose Emanuel Garcia Sota**:

GUILTY ✓           NOT GUILTY _____

As to Count One of the Indictment, which charges the first degree felony-murder of Special Agent Jaime Zapata, an officer or employee of the United States, we the jury find defendant **Jesus Ivan Quezada Pina**:

GUILTY ✓           NOT GUILTY _____

1

## B. **Premediated Murder**

As to Count One of the Indictment, which charges the first degree premeditated murder of Special Agent Jaime Zapata, an officer or employee of the United States, we the jury find defendant **Jose Emanuel Garcia Sota**:

GUILTY _____    NOT GUILTY _____

If you find defendant **Jose Emanuel Garcia Sota** guilty of first degree premeditated murder, you need not consider second degree murder.

Second Degree Murder (Lesser Included Offense of Premediated Murder)

As to Count One of the Indictment, which charges the lesser included offense of second degree murder of Special Agent Jaime Zapata, an officer or employee of the United States, we the jury find defendant **Jose Emanuel Garcia Sota**:

GUILTY _____    NOT GUILTY _____

As to Count One of the Indictment, which charges the first degree premeditated murder of Special Agent Jaime Zapata, an officer or employee of the United States, we the jury find defendant **Jesus Ivan Quezada Pina**:

GUILTY _____    NOT GUILTY _____

If you find defendant **Jesus Ivan Quezada Pina** guilty of first degree premeditated murder, you need not consider second degree murder.

Second Degree Murder (Lesser Included Offense of Premediated Murder)

As to Count One of the Indictment, which charges the lesser included offense of second degree murder of Special Agent Jaime Zapata, an officer or employee of the United States, we the jury find defendant **Jesus Ivan Quezada Pina**:

GUILTY _____    NOT GUILTY _____

2

**COUNT TWO:**     **ATTEMPTED MURDER OF AN OFFICER OR EMPLOYEE OF THE UNITED STATES**

As to Count Two of the Indictment, which charges the attempted murder of Special Agent Victor Avila, an officer or employee of the United States, we the jury find defendant **Jose Emanuel Garcia Sota**:

GUILTY ✓          NOT GUILTY \_\_\_\_\_

As to Count Two of the Indictment, which charges the attempted murder of Special Agent Victor Avila, an officer or employee of the United States, we the jury find defendant **Jesus Ivan Quezada Pina**:

GUILTY ✓          NOT GUILTY \_\_\_\_\_

**COUNT THREE:**     **ATTEMPTED MURDER OF AN INTERNATIONALLY PROTECTED PERSON**

As to Count Three of the Indictment, which charges the attempted murder of Special Agent Victor Avila, an internationally protected person, we the jury find defendant **Jose Emanuel Garcia Sota**:

GUILTY ✓          NOT GUILTY \_\_\_\_\_

As to Count Three of the Indictment, which charges the attempted murder of Special Agent Victor Avila, an internationally protected person, we the jury find defendant **Jesus Ivan Quezada Pina**:

GUILTY ✓          NOT GUILTY \_\_\_\_\_

**COUNT FOUR:** **USING OR CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE**

As to Count Four of the Indictment, which charges using or carrying a firearm during and in relation to a crime of violence, we the jury find defendant **Jose Emanuel Garcia Sota**:

GUILTY __✓__          NOT GUILTY _____

Special Findings:

With respect to Count Four, we the jury make the following Special Findings with respect to defendant **Jose Emanuel Garcia Sota**:

Brandishing

GUILTY __✓__          NOT GUILTY _____

Discharging

GUILTY __✓__          NOT GUILTY _____

Semiautomatic assault weapon

GUILTY __✓__          NOT GUILTY _____

Causing the death of Special Agent Jaime Zapata

GUILTY __✓__          NOT GUILTY _____

As to Count Four of the Indictment, which charges using or carrying a firearm during and in relation to a crime of violence, we the jury find defendant **Jesus Ivan Quezada Pina**:

GUILTY ✓          NOT GUILTY _____

Special Findings:

With respect to Count Four, we the jury make the following Special Findings with respect to defendant **Jesus Ivan Quezada Pina**:

Brandishing

GUILTY ✓          NOT GUILTY _____

Discharging

GUILTY ✓          NOT GUILTY _____

Semiautomatic assault weapon

GUILTY ✓          NOT GUILTY _____

Causing the death of Special Agent Jaime Zapata

GUILTY ✓          NOT GUILTY _____

Date: July 27, 2017

_____
Jury Foreperson